FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____Central_____ DIVISION

CASE NO. 4:24-CV-00732-BRW-PSH

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 1 6 2024

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Kandi Robert Steven Rutherford Obama
ADC # 178056

Address: Wrightsville unit (PO box 1000) Wrightsville, Arkansas 72183

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Dexter Payne

Position: _____

Place of employment: ADMINISTRATION DIRECTOR

Address: 6814 Princeton Pike Pine Bluff AR 71602

Name of defendant: _____

Position: _____

4

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

5

    ☐    Court (if federal court, name the district; if state court, name the county):

    _____

    ☐    Docket Number: _____

    ☐    Name of judge to whom case was assigned: _____

    ☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    ☐    Approximate date of filing lawsuit: _____

    ☐    Approximate date of disposition: _____

IV.    Place of present confinement: **Wrightsville unit**

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

           Yes __✓__    No _____

    B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓   No ____

If not, why? _____

_____

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

This Complaint is against Director D. Payne, Assistant Director W. Straughn, Head Warden M. Culclager, Assistant Warden J. Shipman, Major Mahoney, Capt C. Bass, Lt M. Elias, Lt Slayden, Lt N. Swiney, Sgt C. Jackson, CPl Martin, Classification MS Burnett are the Employees Involved in Segregation, an Inmate Rutherford Obama on July 14 of 2024 at approx. 9:02 AM in Bks 5/01 Cell came off his year Class-4 plus it states in the ADC Policy Restriction Housing signed by Director D. Payne that however an Inmate is not to be Involved in a Segregation by another Reason unless Inmate is a Class 4 Inmate for a year or Inmate has Investigation by the unit or Law Inforcement Employee or a Pending trial on a Criminal act, or a Pending DCR and can be Temporary Status to a Release Plan to General Population if an Inmate is not Involved in a Segregation for one of these Offense Which I'm not an Inmate with one of these Offense so I do hold the Employees in full Responseabilitity plus full Violation of AD 22-08, AR 409, AR 831, AR 836, MH 1133.01, MH 1134.00
End of Statement

7

## VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I pray that the Courts Time's Charge, Director D Payne tales federal Documents fashen 3. I also would like to be Removed from Restriction Housing to general Population as Class I 2. Would like to have my Commissary Restriction w/ Phone Restriction to be Suspended 3. Transfered to another unit safely from Returning 3. Would like a minimum amount of $35,000,000 Dollar

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this **13** day of **September**, 20**24**.

Hand Robert Steven Rutherford Obama
Harold Robert Steven Rutherford Obama

Signature(s) of plaintiff(s)

8

Case: 4:24cv732

2024 SEP 15  A 10: 16

**KandiRobert Steven Rutherford Obama ADC#178056**
**MAXIMUM SECURITY UNIT**
**Arkansas Division of Correction**
**2501 State Farm Road**
**Tucker, AR 72168-8713**

-------------------------------------------------------

MIME-Version:1.0 From:ecf_support@ared.uscourts.gov To:ared_ecf@localhost.localdomain Bcc: Message-Id:<9701867@ared.uscourts.gov>Subject:Activity in Case 4:24-cv-00732-BRW-PSH Rutherford Obama v. Payne et al Order Directing Prisoner Payment Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

### Eastern District of Arkansas

**Notice of Electronic Filing**

The following transaction was entered on 9/4/2024 at 10:39 AM CDT and filed on 9/4/2024

| | |
|---|---|
| **Case Name:** | Rutherford Obama v. Payne et al |
| **Case Number:** | 4:24-cv-00732-BRW-PSH |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**INITIAL ORDER FOR PRO SE PRISONER PLAINTIFFS granting [1] IFP motion; directing monthly payments be made from Plaintiff's institutional account for the $350 filing fee; directing the Clerk to to send a copy of this Order to the Warden of the Maximum Security Unit, the appropriate ADC offices, and a blank 1983 complaint form to Obama; and directing Obama to file an amended complaint conforming to this order within 30 days. Signed by Magistrate Judge Patricia S. Harris on 09/04/2024. (llg)**

**4:24-cv-00732-BRW-PSH Notice has been electronically mailed to:**
**4:24-cv-00732-BRW-PSH Notice has been delivered by other means to:**
Kandi Robert Steven Rutherford Obama
ADC #178056
MAXIMUM SECURITY UNIT
Arkansas Division of Correction
2501 State Farm Road
Tucker, AR 72168-8713

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095794525 [Date=9/4/2024] [FileNumber=9701865-0]
[09f05368c251f74f71542cea8962161306770a0182d1a5e63286f0559ed97b28a8f9
4799d2571783ed3e8bc304c05cbdbd4a47301c27b52a17be4b7fc7c74c43]]

Kandi, Robert, Steven, Rutherford, Obama,
ADC# 178056
Wrightsville unit
PO Box 1000) Wrightsville, Ark, 72183

LITTLE ROCK AR 720
13 SEP 2024 PM 4 L



FOREVER USA

Truck Mail

600 West Capitol Avenue
Suite A-149
Little Rock, Ark, 72201-3325

72201-332999