# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KANDI ROBERT STEVEN RUTHERFORD OBAMA**　　　　　　　　　　　**PLAINTIFF**
**ADC #178056**

v.　　　　　　　　　No: 4:24-cv-00732-BRW

**DEXTER PAYNE,** *et al.*　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommendation in all respects. Accordingly, the claims are dismissed without prejudice for failure to state a claim upon which relief may be granted.

Accordingly, Mr. Rutherford Obama's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted;

I recommend for future jurists that dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g); and

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation would not be taken in good faith.

IT IS SO ORDERED this 8th day of October, 2024.

　　　　　　　　　　　　　　　　　　　　Billy Roy Wilson_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE